IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **PATRICIA K. HASTINGS,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV74 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **PAPILLION-LAVISTA SCHOOL,** | ) | |
| **DISTRICT #27** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Restrict (Filing No. 22). The defendant seeks to have the defendant's Index of Evidence in Support of Defendant's Motion for Summary Judgment (Filing No. 21) made non-public because such filing contains personal information regarding the plaintiff. The defendant does not seek to restrict the parties' access to the documents. Under the circumstances, the court finds the defendant's motion should be granted as good cause exists for giving the defendant's index of evidence and attached exhibits restricted access. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion to Restrict (Filing No. 22) is granted.

2. The Clerk of Court shall amend the entry for the defendant's Index of Evidence (Filing No. 21) and change the designation to RESTRICTED pursuant to NECivR 5.0.3 and court procedures.

DATED this 20th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge