# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA K. HASTINGS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV74 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PAPILLION-LAVISTA SCHOOL DISTRICT SCHOOL DISTRICT #27, | ) ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on March 28, 2011, by Robert E. O'Connor, Jr., counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before April 22, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

DATED this 29th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge