IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA K. HASTINGS, | ) | CASE NO. 8:10-cv-74 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| PAPILLION-LAVISTA SCHOOL DISTRICT #27 | ) ) | |
| | ) | |
| Defendant. | ) | |

The Court has reviewed the Joint Stipulation for Dismissal (Filing No. 35) entered into by the parties. Having reviewed the Joint Stipulation for Dismissal and having found said stipulation to be acceptable, the Court dismisses Plaintiff's Complaint in accordance with the Joint Stipulation for Dismissal.

IT IS ORDERED that the Complaint (Filing No. 18:10cv74) is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 18th day of April, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge